IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EYDA MUNOZ,<br><br>  Plaintiff,<br><br>v.<br><br>ARMSTRONG FLOORING, INC, et al.,<br><br>  Defendants. | CIVIL ACTION<br>NO. 18-1209 |

## ORDER

**AND NOW**, this 4th day of June, 2019, after reviewing Defendants' Motion to Dismiss (Docket No. 25), Plaintiff's Response in Opposition (Docket No. 26), all supporting and opposing papers, and for the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** as follows:

1. Defendants' Motion to Dismiss (Docket No. 25) is **DENIED IN PART** as Plaintiff exhausted her remedies under both Title VII and PHRA, and pleaded a plausible right to relief for all causes of action and punitive damages.

2. Defendants' Motion to Dismiss (Docket No 25) is **GRANTED IN PART** for Counts II and III against Ms. Boas as individuals cannot be held personally liable for violations under Title VII. Counts II and III against Ms. Boas will be dismissed.

3. All other claims will remain as pleaded.

**BY THE COURT:**

*/s/ Jeffrey L. Schmehl, J.*
Jeffrey L. Schmehl, J.